UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| In re: | Chapter 11 |
| 85 FLATBUSH RHO MEZZ LLC, et al.,[1] | Case No. 20-23280-RDD |
| Debtors. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| 85 FLATBUSH MEZZ LLC, | |
| Plaintiff, | Adv. Proceeding No. 7:22-ap-07022-RDD |
| v. | |
| TH HOLDCO LLC as assignee of 85 Flatbush Avenue 1 LLC in its capacity as the Debtor's Prepetition mortgage lender to 85 Flatbush RHO Hotel and 85 Flatbush RHO Residential, | **RULE 7007.1 DISCLOSURE STATEMENT** |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Pursuant to Rule 7007.1(a) of the Federal Rules of Bankruptcy Procedure, Defendant TH Holdco LLC, by and through its undersigned counsel, states that it has no parent corporation, or any publicly held corporation, that owns ten percent (10%) or more of its stock.

---

[1] The Debtors in the Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are as follows: 85 Flatbush RHO Mezz LLC (6184), 85 Flatbush RHO Hotel LLC (5027), and 85 Flatbush RHO Residential LLC (2261).

Dated:   New York, New York
        April 4, 2022

                FRIED, FRANK, HARRIS, SHRIVER
                   & JACOBSON LLP

By:   */s/Emilie B. Cooper*
      Emilie B. Cooper
      Ben Paull

One New York Plaza
New York, New York 10004-1980
(212) 859-8000
emilie.cooper@friedfrank.com
ben.paull@friedfrank.com

*Litigation Co-Counsel for
  Defendant TH Holdco LLC*

2