**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>85 FLATBUSH RHO MEZZ LLC, et al.,<br><br>　　　　　　　　　　　　Debtors. | Return Date: August 10, 2022, 2:00 p.m.<br><br>Responsive Papers: Aug. 3, 2022<br><br>Chapter 11<br>Case No.: 20-23280-RDD |
| 85 FLATBUSH MEZZ LLC,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　- against -<br><br>TH HOLDCO LLC as assignee of 85 Flatbush Avenue 1 LLC, in its capacity as the Debtor's Prepetition mortgage lender to 85 Flatbush RHO Hotel and 85 Flatbush RHO Residential,<br><br>　　　　　　　　　　　　Defendant. | Adversary Proceeding<br>Case No. 7:22-ap-07022-RDD |

**TH HOLDCO LLC'S NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS**

**PLEASE TAKE NOTICE** that, upon the attached Memorandum of Law in Support of Defendant TH Holdco LLC's ("TH Holdco") Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(b)(1), (c), and (h)(3), the Declaration of Emilie B. Cooper, dated June 27, 2022, and all exhibits thereto, TH Holdco will move this court, Hon. Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Courthouse, Room 701, One Bowling Green, New York, New York 10004-1408, on August 10, 2022, at 2:00 p.m., or as soon thereafter as counsel can be heard, for an order dismissing the above-captioned adversary proceeding for lack of subject matter jurisdiction pursuant to Rule 12(b)(1), (c), and (h)(3) of the Federal Rules of Civil Procedure, made applicable here by Federal Rule of Bankruptcy Procedure 7012, or in the alternative, abstaining pursuant to 28 U.S.C. § 1334(c)(1).

Dated: New York, New York
        June 27, 2022

                                    FRIED, FRANK, HARRIS, SHRIVER
                                        & JACOBSON LLP

                                  By: _____
                                           Emilie B. Cooper

                                  Harrison D. Polans
                                  One New York Plaza
                                  New York, New York 10004-1980
                                  (212) 859-8000
                                  emilie.cooper@friedfrank.com
                                  harrison.polans@friedfrank.com

                                  *Attorneys for Defendant*
                                    *TH Holdco LLC*

30338773